IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JAMES ARTHUR STOKES III,       )
                               )
     Plaintiff,                )
                               )        CIVIL ACTION NO.
     v.                        )        2:18cv49-MHT
                               )            (WO)
M & T BANK and BARRETT         )
DAFFIN FRAPPIER TURNER &       )
ENGEL, LLP,                    )
                               )
     Defendants.               )


                          OPINION

     Plaintiff filed this lawsuit, in forma pauperis,

asserting a variety of federal and state claims arising

out of a foreclosure, a defendant's failure to respond

to plaintiff's document requests, and the defendants'

debt-collection efforts.    This lawsuit is now before

the court on the recommendation of the United States

Magistrate Judge that plaintiff's federal claims be

dismissed as frivolous or for failure to state a claim

upon which relief may be granted; that the court

decline to exercise supplemental jurisdiction over

plaintiff's state claims; and that the motion to

dismiss for improper venue be denied as moot. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 15th day of July, 2019.

                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE